**FILED**
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Jan 29, 2019
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>                 Plaintiff <br> v. <br> GEORGE EUGENE PATE, <br>                 Defendant | No. 6:19cv6012 |

## COMPLAINT

Comes now the United States of America, and for its cause of action against the Defendant, George Eugene Pate, and states:

1. This is an action brought by the United States of America pursuant to 31 U.S.C. § 3729, and the Court has jurisdiction pursuant to 28 U.S.C. § 1345.

2. Venue is proper in the Western District of Arkansas pursuant to 31 U.S.C. § 3732(a), 28 U.S.C. § 1391(b), and 28 U.S.C. § 1395(a).

3. Defendant, George Eugene Pate ("Pate"), is a resident of Clark County, Arkansas.

4. This debt arises from the taking of benefits to which Defendant was not entitled from the United States Social Security Administration ("SSA"). The outstanding debt owed by the Defendant to the United States of America is $187,348.00.

WHEREFORE, Plaintiff United States of America prays for judgment in personam against the Defendant for the principal amount of $187,348.00 and that the Plaintiff have such other proper relief to which it is entitled.

DUANE (DAK) KEES
UNITED STATES ATTORNEY

By: *Mark W. Webb*

Mark W. Webb
Assistant U. S. Attorney
Ark. Bar Number 77141
414 Parker Avenue
Ft. Smith, AR  72901
Phone:  (479) 494-4060
Fax:  (479) 441-0569
Email:  mark.webb@usdoj.gov
